IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSEPH C. MCGHEE BEY,           )
                                )
            Plaintiff,           )
                                )
        v.                       )       1:25CV353
                                )
STATE OF NORTH CAROLINA          )
PERSON COUNTY COURT, et al.      )
                                )
            Defendant(s).        )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner housed in the Guilford County Detention Center, submitted filings against the State of North Carolina, the Person County courts, the United States of America, the United States Supreme Court, and the United States Congress. Plaintiff alleges that, because he is a "Moorish American," the Defendants have no jurisdiction over him, they are violating his rights, and they owe him billions of dollars in damages. He also appears to challenge the Fourteenth Amendment of the United States Constitution. Given the fact that Plaintiff alleges violations of his rights, the Court treated the filings as a civil rights Complaint (Docket Entry 1) under 42 U.S.C. § 1983 and a Supplement (Docket Entry 2). The allegations against federal authorities mean that the action also appears to be brought partially under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). In any event, the form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1.      The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the complaint

pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. *See* LR 7.1(f).

2. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

3. Plaintiff does not name proper defendants or give sufficient addresses for them to be served. Plaintiff must name the persons who are actually responsible for the alleged violations of his constitutional rights. Plaintiff names the Person County Courts, North Carolina, the United States and the United States Supreme Court and Congress as Defendants, but does not name specific persons.

4. Plaintiff continues to raise claims based on his claimed identity as a Moorish American. As the Court informed him in past actions, such claims are similar to claims previously raised in, and rejected by, this Court. Those claims are likely frivolous. Plaintiff should be aware that, if he chooses to file a complaint in the proper format, he must state cognizable and nonfrivolous claims for relief.

Consequently, this particular complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects of the present Complaint. If Plaintiff seeks to file such a complaint, he should request the proper forms from the Clerk of this Court.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects cited above.

This, the 13th day of May, 2025.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**